IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANET SCHWANINGER,<br>*as Administratrix of the Estate of Elizabeth Schaaf, Deceased,*<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, a foreign corporation; HYUNDAI MOTOR AMERICA, a California corporation; HYUNDAI AMERICA TECHNICAL CENTER, INC., a Michigan corporation; HYUNDAI CORPORATION (USA), a Delaware corporation; HYUNDAI ENG AMERICA, INC., a California corporation; AUTOLIV MANDO CORPORATION, a foreign corporation; AUTOLIV CORPORATION, a foreign corporation AUTOLIV, INC., a Delaware corporation; AUTOLIV ASP, INC., an Indiana corporation; AUTOLIV AB, a foreign corporation; AUTOLIV SAFETY TECHNOLOGY, INC., a Delaware corporation; AUTOLIV HOLDING, INC., a Delaware corporation; PHC MANUFACTURING PVT LTD., a foreign corporation; PHA INDIA PRIVATE LIMITED, a foreign corporation; PYEONG HWA AUTOMOTIVE CO., LTD, a foreign corporation; KEY SAFETY SYSTEMS, INC., a Delaware corporation; KEY AUTOMOTIVE OF FLORIDA, LLC, a Delaware company; HYUNDAI MOBIS CO., LTD., a foreign corporation; MOBIS ALABAMA, LLC, a Delaware company; MOBIS AMERICA, INC., a Delaware corporation; MOBIS PARTS AMERICA, LLC, a Delaware company; MOBIS PARTS MIAMI, LLC, a Delaware company; AMERICAN AUTOPARTS, INC., a Delaware corporation; MOBIS NORTH AMERICA, LLC, a Delaware company,<br>Defendants. | Case No. 15-cv-858 JPG/RJD |

# **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 17, 2018**     JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　**s/Tina Gray**
　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**